No. 12–246. SALINAS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari granted.

No. 12–357. SEKHAR *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted.

No. 11–798. AMERICAN TRUCKING ASSNS., INC. *v.* CITY OF LOS ANGELES, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari granted limited to Questions 1 and 3 presented by the petition.

No. 12–10. AGENCY FOR INTERNATIONAL DEVELOPMENT ET AL. *v.* ALLIANCE FOR OPEN SOCIETY INTERNATIONAL, INC., ET AL. C. A. 2d Cir. Certiorari granted. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–418. UNITED STATES *v.* KEBODEAUX. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

JANUARY 14, 2013

No. 12–7059. CANNON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

No. 12–7103. SHAHIN *v.* DELAWARE DEPARTMENT OF TRANSPORTATION. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–7104. SHAHIN *v.* WILMINGTON TRUST. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–7105. SHAHIN *v.* VISALLI ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.